## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARRY JOSEPH GIBSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 20-2381** |
| **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | * | **SECTION "H" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Claimant's objections to the Magistrate Judge's Report and Recommendation, and the Commissioner's response thereto hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. While this Court may have reached a different result based on the evidence before the Administrative Law Judge, it cannot say that his decision was not supported by substantial evidence.

Accordingly,

**IT IS ORDERED** that Claimant's Motion for Summary Judgment is **DENIED** (Doc. 10), and Defendant's Cross-Motion is **GRANTED** (Doc. 12). Claimant's Complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of April 2022.

                                                                       _____
                                                                       **JANE TRICHE MILAZZO**
                                                                       **UNITED STATES DISTRICT JUDGE**